### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. CLOUGH, II on behalf of himself and others similarly situated, | : : : |
| Plaintiff, | : Case No. 17−CV−11158−ADB |
| v. | : : : : |
| SUNPATH LTD. and VALIANT AUTO LLC D/B/A AUTOMOTIVE SERVICES CENTER | : : : : |
| Defendants. | |
| _____/ | |

### STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against the defendants. None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 29th day of December, 2017.

By:*/s/ Anthony Paronich*  
Anthony Paronich  
Broderick & Paronich, P.C.  
99 High Street, Suite 304  
Boston, MA 02110  
(617) 738-7080  
Fax (617) 830-0327  
anthony@broderick-law.com  

*Counsel for Plaintiff*

By: */s/ Lawren a. Zann*  
Lawren A. Zann  
GREENSPOON MARDER, P.A.  
200 East Broward Blvd., Suite 1800  
Fort Lauderdale, FL 33309  
Tel: (954) 527-2427  
Fax: (954) 333-4027  
lawren.zann@gmlaw.com  

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

  I, hereby certify that on December 29, 2017, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

           */s/ Anthony Paronich*
           Anthony Paronich